# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero             DATE: June 28, 2021

COURT REPORTER: Lisa O'Brien                Case No. 20-CR-0002 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Max Perez |
| VS |  |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz-Narvaez, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq.* |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq.* |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq.* |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |
| EDGAR J. ROMERO-GONZALEZ (10) | Jose B. Velez, Esq.* |

---

**STATUS CONFERENCE HELD VIA VTC.**

The Court was informed the status of the case. The Court authorized Attorney Miguel Oppenheimer to substitute for Attorneys Juan Matos, Jose Novas and Leonardo Aldridge.

Government informed that two discovery packages have been provided. Cell Phone extractions and plea offers will be produced by July 15 and by July 30 they will produce video and audio recordings.

Pending Motions were discussed. The Court will issue ruling. Defense request time to review discovery to be provided.

**Further Conference set for 08/30/2021 at 10:30 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled until next conference.**

*S/ Ana M. Romero*
Ana M. Romero
Courtroom Deputy Clerk