# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero         DATE: August 30, 2021

COURT REPORTER: Lisa O'Brien            Case No. 20-CR-0002 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS |  |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz-Narvaez, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq.* |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq.* |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

**STATUS CONFERENCE HELD VIA VTC.**

The Court authorized Attorney Miguel Oppenheimer to substitute for Attorneys Ernesto Hernandez and Jose Novas.

The Court was informed the status of the case. Government informed that provided additional discovery, that is video and audio recordings. AUSA Perez advised that Attorney Alcala requested the extraction of GPS devised seized and requested time to provide the pending discovery. Government also informed that plea offers were tendered, and evidence inspection was coordinated with Counsel Alcala.

Defense Attorneys requested time to review the pending discovery. The Court granted the request.

**Further Conference set for 12/03/2021 at 10:30 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled until next conference.**

<u>*S/ Ana M. Romero*</u>
Ana M. Romero
Courtroom Deputy Clerk