# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Ana M. Romero | DATE: December 3, 2021 |
| COURT REPORTER: Lisa O'Brien | Case No. 20-CR-0002 (DRD) |

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz-Narvaez, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq.* |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq.* |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq.* |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

**STATUS CONFERENCE HELD VIA VTC.**

The Court authorized Attorney Leonardo Aldridge to substitute for Attorney Juan Matos and Attorney Diego Alcala for Attorney Jose Novas.

The Court was informed the status of the case.

Government informed that evidence inspection was conducted. Cell Phone and GPS extractions and plea offers will be by December 10,2021.

Pending motion from defendant #1, to return defendant to jurisdiction was discuss. Counsel was instructed to provide additional information. Defense attorneys requested defendants to be returned to jurisdiction. The Court will issue order.

Attorney Raymond Sanchez requested trial setting.

After having heard, the parties, the Court allowed additional 45 days to review discovery and discuss plea offer.

**Trial Setting Conference set for 01/18/2022 at 10:30 AM before Judge Daniel R. Dominguez.**

**Speedy trial shall remain tolled until next conference.**

*S/ Ana M. Romero*
Ana M. Romero
Courtroom Deputy Clerk
