# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero　　　　DATE: January 18, 2022

COURT REPORTER: Lisa O'Brien　　　　　　Case No. 20-CR-0002 (DRD)

---

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz-Narvaez, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

---

**STATUS CONFERENCE HELD VIA VTC.**

The Court was informed the status of the case.

Government informed that cell phone and GPS extractions and plea offers were provided. Plea offer had a deadline of January 16, 2022.

Defense attorneys advised of the difficulties of visiting defendants at MDC Guaynabo due to recent COVID 19 lockdown and requested defendants to be returned to jurisdiction. The Court will issue order.

Attorney Raymond Sanchez requested trial setting.

After having heard, the parties, the Court allowed additional 60 days to review discovery and discuss plea offer.

**Trial Setting Conference set for 03/21/2022 at 10:30 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled until next conference.**

<u>S/ Ana M. Romero</u>
Ana M. Romero
Courtroom Deputy Clerk