# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero            DATE: March 29, 2022

COURT REPORTER: Lisa O'Brien                Case No. 20-CR-0002 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz, Esq.* |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

---

**STATUS CONFERENCE HELD VIA VTC.**

The Court authorized Attorney Miguel Oppenheimer to substitute for Attorney Wilfredo Diaz.

The Court was informed the status of the case.

Government informed that plea offer deadline had expired.

Defense attorneys expressed the need to have all defendants in the jurisdiction for a co-defendants meeting. Three defendants remain outside of the jurisdiction. Defendant #1 is facing chargers in Wisconsin.

.

After having heard, the parties, the Court allowed additional 60 days to review discovery and discuss plea offer.

**Trial Setting Conference set for 05/31/2022/2022 at 10:30 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled until next conference.**

_S/ Ana M. Romero_
Ana M. Romero
Courtroom Deputy Clerk
