# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero          DATE: May 31, 2022

COURT REPORTER: Rachelle Robinson          Case No. 20-CR-0002 (DRD)

---

|  | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS |  |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq.* |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq.* |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq.* |

---

**STATUS CONFERENCE HELD VIA VTC.**

The Court authorized Attorney Wilfredo Diaz to substitute for Attorney Miguel Oppenheimer and Attorney Jose Novas to substitute for Attorney Diego Alcala.

- The Court was informed the status of the case.

- Frye/Laffler hearing as to co-defendant # 6 set for 6/9/2022 at 1:30 PM, Motion Hearing as to co-defendant #3 set for 06/09/2022 at 1:45 PM.

- Defendant #1 remains in Wisconsin. Writ to be issue for defendant's return.

- .Attorney Sanchez renewed his request for jury trial.

- After having heard, the parties, the Court allowed additional 60 days to review discovery and discuss plea offer.

**Motion for Change of Plea due by 8/2/2022. Trial Setting Conference set for 08/02/2022 at 1:30 PM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled until next conference.**

                                      *S/ Ana M. Romero*
                                      Ana M. Romero
                                      Courtroom Deputy Clerk