# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero          DATE: March 29, 2022

COURT REPORTER: Lisa O'Brien          Case No. 20-CR-0002 (DRD)

---

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz, Esq. |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

---

**STATUS CONFERENCE HELD VIA VTC.**

- The Court was informed the status of the case.

- Attorney Wilfredo Diaz advised that his client remains in Wisconsin.

- Attorney Sanchez renewed his request for jury trial.

- Defense counsels are attempting to hold a co-defendant meeting.

- Government will inquire with supervisor if expired plea offer can be re-instated.

**Jury Trial was set for 12/05/2022 through 12/23/2022 at 9:00 AM before Judge Daniel R. Dominguez. Further Conference set for 8/31/2022 at 10:30 AM. Speedy trial shall remain**

**tolled until next conference.**

                                                *S/ Ana M. Romero*
                                                Ana M. Romero
                                                Courtroom Deputy Clerk