# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero      DATE: November 1, 2022

COURT REPORTER: Lisa O'Brien      Case No. 20-CR-0002 (DRD)

---

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| HERLIN HERNANDEZ-TRINIDAD (1) | Wilfredo Diaz, Esq.* |
| FELIX DE LOS SANTOS-HERNANDEZ (2) | Miguel Oppenheimer, Esq. |
| ANDRES A. HERNANDEZ-DE JESUS (3) | Juan Matos- De Juan, Esq. |
| RAMON MORLA-CABRERA (4) | Raymond Sanchez, Esq. |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq.* |
| JUAN A. MARQUEZ-AVILA (6) | Jose Novas-Debien, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq.* |

---

**STATUS CONFERENCE HELD VIA VTC.**

- The Court was informed the status of the case.

- AUSA Perez advised that plea offer was extended until October 23, 2022 but no motion for change of plea was filed. Government will extend the offer one final time until December 5, 2022.

- Attorney Sanchez objected to trial continuance.

- Attorney Oppenheimer informed that co-defendant meeting is scheduled for November 18, 2022.

- Defense counsels joined the request for continuance and advised of schedule conflict.

**Jury Trial was reset for 01/30/2023 at 9:00 AM before Judge Daniel R. Dominguez.**

**Further Conference set for 8/31/2022 at 10:30 AM. Speedy trial shall remain tolled until next conference.**

               *S/ Ana M. Romero*
               Ana M. Romero
               Courtroom Deputy Clerk