# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

COURTROOM DEPUTY: Ana M. Romero        DATE: January 13, 2023

COURT REPORTER: Lisa O'Brien           Case No. 20-CR-0002 (DRD)

---

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Attorneys:<br>AUSA Antonio L. Perez. |
| VS |  |
| HERLIN HERNANDEZ-TRINIDAD (1)<br>FELIX DE LOS SANTOS-HERNANDEZ (2)<br>ANDRES A. HERNANDEZ-DE JESUS (3)<br>RAMON MORLA-CABRERA (4)<br>AQUILEO YANCE-AGUILERA (5)<br>EMNIS L. RAMOS-LOPEZ (7)<br>JOAN A. MARQUEZ-PULGAR (8)<br>CARLOS J. RODRIGUEZ-CARRENO (9) | Wilfredo Diaz, Esq.<br>Miguel Oppenheimer, Esq.*<br>Juan Matos- De Juan, Esq.<br>Raymond Sanchez, Esq.<br>Ernesto Hernandez, Esq.<br>Jose Gaztambide, Esq.*<br>Leonardo Aldridge, Esq.*<br>Diego H. Alcala, Esq. |

---

**STATUS CONFERENCE HELD VIA VTC.**

- The Court authorized Attorney Matos to substitute for the following Attorneys: Attorney Miguel Oppenheimer, Attorney Jose Gaztambide and Attorney Leonardo Aldridge.

- Joint Motion to Continue Trial was discussed. The parties informed that the request is made in good faith and the interest of justice.

- Attorney Sanchez did not object to trial continuance, since his client is considering the plea offer this time.

**Jury Trial was reset for 06/05/2023 through 6/23/2023 at 9:00 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled in the interest of justice.**

                                              *S/ Ana M. Romero*
                                              Ana M. Romero
                                              Courtroom Deputy Clerk