UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**

**BEFORE HONORABLE DANIEL R. DOMINGUEZ, SENIOR U.S. DISTRICT JUDGE**

| | |
|---|---|
| COURTROOM DEPUTY: Ana M. Romero | DATE: March 14, 2023 |
| COURT REPORTER: Lisa O'Brien | Case No. 21-CR-0002 (DRD) |
| COURT INTERPRETER: Edna Brayfield | |

---

| | Attorneys: |
|---|---|
| UNITED STATES OF AMERICA | AUSA Antonio L. Perez. |
| VS | |
| AQUILEO YANCE-AGUILERA (5) | Ernesto Hernandez, Esq. |
| JUAN ALBERTO MARQUEZ-AVILA (6) | Jose L. Novas, Esq. |
| EMNIS L. RAMOS-LOPEZ (7) | Jose R. Gaztambide, Esq. |
| JOAN A. MARQUEZ-PULGAR (8) | Leonardo Aldridge, Esq. |
| CARLOS J. RODRIGUEZ-CARRENO (9) | Diego H. Alcala, Esq. |

---

**FRYE/LAFFLER HEARING HELD.**

Defendants present, under custody and assisted by the certified court interpreter. AUSA Antonio Perez advised the maximum penalties defendants are facing. AUSA Perez also informed the current terms of the plea offer tendered and the applicable guideline sentence they are exposed to.

Upon questioning from the Court, each defendant advised that they understood the consequences of going to trial and the terms of the plea agreement as well entering a straight plea.

**Change of Plea Hearing was set for 04/21/2023 at 9:00 AM before Judge Daniel R. Dominguez. Jury Trial was reset for 06/05/2023 through 6/23/2023 at 9:00 AM before Judge Daniel R. Dominguez. Speedy trial shall remain tolled in the interest of justice.**

*S/ Ana M. Romero*
Ana M. Romero
Courtroom Deputy Clerk